# UNITED STATES DISTRICT COURT
for the

**RECEIVED**

**SEP 26 2024**

US DISTRICT COURT
MID DIST TENN

ROBERT C. GORDON
_____
*Plaintiff/Petitioner*

v.

~~WILLIAMSON COUNTY SHERIFF OFFICE~~
_____
*Defendant/Respondent*

EMILY P GORDON-FOX

)
)
)
)
)
)

Civil Action No. _____

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____WILLIAMSON COUNTY JAIL_____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:



My gross pay or wages are:  $ ____0____ , and my take-home pay or wages are:  $ ____0____ per
*(specify pay period)* _____

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☒ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ 0 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: N|A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

KNOX GORDON, AGE 9, $2,937 PER MONTH

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: N/A

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 9/11/24

Applicant's signature

ROBERT C. GORDON
Printed name

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

## CERTIFICATE OF PRISONER
## INSTITUTIONAL/TRUST FUND ACCOUNT ACTIVITY
(to be signed by custodian of account)

Prisoner-Plaintiff/Petitioner/Appellant
Name and Number

Robert Cole Gordon (65920)

Defendant/Respondent/Appellee
Name(s)

Captain C. Youker 2236

I am employed by the correctional facility/prison/jail identified below, at which the prisoner identified above is currently incarcerated. Attached is an account statement that accurately reflects the current spendable balance and all activity within this prisoner's account during the preceding six months or, if the prisoner has been incarcerated less than six months, for the period of incarceration. This statement reflects, for the reported period, an average monthly deposit (i.e. total of all deposits divided by number of months) of $ 287.50 , and an average monthly balance (i.e. total deposits less total withdrawals divided by the number of months) of $ -38.00 . There is a current spendable account balance of $ 3.30 .

Date: August 16, 2024

/s/ 2236

Signature of Custodian

Williamson County Sheriff's Office
Name of Incarcerating Institution

```
==========================================================
= Inmate: ROBERT COLE GORDON                             =
= Inmate ID: 65920                                       =
= Location: 305 - 286                                    =
= Total Transactions Printed: 634                        =
= Printed: 08/16/2024 12:24 pm CDT                       =
==========================================================
```

| Type | Date | Amount | Running Total |
|------|------|--------|---------------|
| Outgoing Email Fee | 08/15/2024 11:13 am CDT | -$0.50 | $3.30 |
| Outgoing Email Fee | 08/15/2024 10:54 am CDT | -$0.55 | $3.80 |
| Outgoing Email Fee | 08/15/2024 10:54 am CDT | -$0.55 | $4.35 |
| Outgoing Email Fee | 08/15/2024 10:48 am CDT | -$0.55 | $4.90 |
| Outgoing Email Fee | 08/15/2024 10:44 am CDT | -$0.55 | $5.45 |
| Outgoing Email Fee | 08/15/2024 10:42 am CDT | -$0.50 | $6.00 |
| Outgoing Email Fee | 08/15/2024 10:39 am CDT | -$0.55 | $6.50 |
| Video Chat | 08/15/2024 10:34 am CDT | $0.00 | $7.05 |
| Outgoing Email Fee | 08/15/2024 10:33 am CDT | -$0.55 | $7.05 |
| Outgoing Email Fee | 08/14/2024 04:33 pm CDT | -$0.55 | $7.60 |
| Outgoing Email Fee | 08/14/2024 04:26 pm CDT | -$0.55 | $8.15 |
| Outgoing Email Fee | 08/14/2024 03:57 pm CDT | -$0.50 | $8.70 |
| Outgoing Email Fee | 08/13/2024 11:18 am CDT | -$0.50 | $9.20 |
| Outgoing Email Fee | 08/13/2024 10:34 am CDT | -$0.55 | $9.70 |
| Outgoing Email Fee | 08/13/2024 10:31 am CDT | -$0.55 | $10.25 |
| Outgoing Email Fee | 08/13/2024 10:25 am CDT | -$0.50 | $10.80 |
| Outgoing Email Fee | 08/13/2024 10:23 am CDT | -$0.55 | $11.30 |
| Outgoing Email Fee | 08/13/2024 10:21 am CDT | -$0.55 | $11.85 |
| Outgoing Email Fee | 08/13/2024 10:16 am CDT | -$0.55 | $12.40 |
| Outgoing Email Fee | 08/13/2024 10:13 am CDT | -$0.55 | $12.95 |
| Outgoing Email Fee | 08/13/2024 10:10 am CDT | -$0.55 | $13.50 |
| Order | 08/12/2024 05:28 pm CDT | -$59.48 | $14.05 |
| Outgoing Email Fee | 08/12/2024 05:08 pm CDT | -$0.55 | $73.53 |
| Outgoing Email Fee | 08/12/2024 05:06 pm CDT | -$0.55 | $74.08 |
| Outgoing Email Fee | 08/12/2024 05:05 pm CDT | -$0.55 | $74.63 |
| Deposit - Credit Card Deposited By: Terri Chitwood | 08/12/2024 03:39 pm CDT | $75.00 | $75.18 |
| Outgoing Email Fee | 08/10/2024 10:32 am CDT | -$0.50 | $0.18 |
| Outgoing Email Fee | 08/09/2024 02:58 pm CDT | -$0.50 | $0.68 |
| Outgoing Email Fee | 08/09/2024 02:56 pm CDT | -$0.55 | $1.18 |
| Outgoing Email Fee | 08/09/2024 02:54 pm CDT | -$0.55 | $1.73 |
| Outgoing Email Fee | 08/09/2024 02:52 pm CDT | -$0.55 | $2.28 |
| Outgoing Email Fee | 08/09/2024 02:35 pm CDT | -$0.55 | $2.83 |
| Outgoing Email Fee | 08/08/2024 07:29 pm CDT | -$0.55 | $3.38 |

Case 3:24-cv-01167     Document 2     Filed 09/26/24     Page 4 of 14 PageID #: 71

```
---------------------------------------------------------------
Order                   07/22/2024 03:59 pm CDT -$32.02 $8.44
---------------------------------------------------------------
Outgoing Email Fee      07/22/2024 03:56 pm CDT -$0.55  $40.46
---------------------------------------------------------------
Outgoing Email Fee      07/22/2024 03:56 pm CDT -$0.55  $41.01
---------------------------------------------------------------
Inmate Fee              07/22/2024 09:15 am CDT -$33.44 $41.56
TP-MP-CC-B&WC - 272 B&WC 7/18/24
---------------------------------------------------------------
Deposit - Credit Card   07/22/2024 09:15 am CDT $75.00  $75.00
Deposited By: Terri Chitwood
---------------------------------------------------------------
Inmate Fee              07/19/2024 10:15 pm CDT -$7.36  -$0.00
Added By: Michael T
TP-MP-CC-B&WC - 272 B&WC 7/18/24
---------------------------------------------------------------
Outgoing Email Fee      07/19/2024 11:14 am CDT -$0.55  $7.36
---------------------------------------------------------------
Outgoing Email Fee      07/19/2024 10:51 am CDT -$0.55  $7.91
---------------------------------------------------------------
Outgoing Email Fee      07/18/2024 03:34 pm CDT -$0.50  $8.46
---------------------------------------------------------------
Outgoing Email Fee      07/18/2024 02:57 pm CDT -$0.50  $8.96
---------------------------------------------------------------
Outgoing Email Fee      07/17/2024 10:05 am CDT -$0.55  $9.46
---------------------------------------------------------------
Video Chat              07/16/2024 01:50 pm CDT $0.00   $10.01
---------------------------------------------------------------
Outgoing Email Fee      07/16/2024 01:45 pm CDT -$0.50  $10.01
---------------------------------------------------------------
Outgoing Email Fee      07/16/2024 01:42 pm CDT -$0.55  $10.51
---------------------------------------------------------------
Outgoing Email Fee      07/16/2024 01:21 pm CDT -$0.50  $11.06
---------------------------------------------------------------
Outgoing Email Fee      07/16/2024 01:15 pm CDT -$0.55  $11.56
---------------------------------------------------------------
Order                   07/15/2024 09:16 am CDT -$63.69 $12.11
---------------------------------------------------------------
Outgoing Email Fee      07/15/2024 09:03 am CDT -$0.55  $75.80
---------------------------------------------------------------
Deposit - Credit Card   07/15/2024 08:37 am CDT $75.00  $76.35
Deposited By: Terri Chitwood
---------------------------------------------------------------
Outgoing Email Fee      07/14/2024 01:07 pm CDT -$0.55  $1.35
---------------------------------------------------------------
Outgoing Email Fee      07/14/2024 01:04 pm CDT -$0.55  $1.90
---------------------------------------------------------------
Outgoing Email Fee      07/14/2024 01:02 pm CDT -$0.55  $2.45
---------------------------------------------------------------
Outgoing Email Fee      07/14/2024 01:00 pm CDT -$0.55  $3.00
---------------------------------------------------------------
Outgoing Email Fee      07/14/2024 12:50 pm CDT -$0.55  $3.55
---------------------------------------------------------------
Outgoing Email Fee      07/14/2024 12:47 pm CDT -$0.50  $4.10
---------------------------------------------------------------
Outgoing Email Fee      07/14/2024 12:19 pm CDT -$0.50  $4.60
---------------------------------------------------------------
Outgoing Email Fee      07/14/2024 12:17 pm CDT -$0.50  $5.10
---------------------------------------------------------------
Inmate Fee              07/14/2024 11:03 am CDT -$1.00  $5.60
Added By: Michael T
TP-MP-CC-B&WC - 1TP 7/12/24
---------------------------------------------------------------
Outgoing Email Fee      07/13/2024 10:03 am CDT -$0.55  $6.60
---------------------------------------------------------------
Outgoing Email Fee      07/13/2024 09:58 am CDT -$0.50  $7.15
---------------------------------------------------------------
Outgoing Email Fee      07/13/2024 09:51 am CDT -$0.50  $7.65
---------------------------------------------------------------
Outgoing Email Fee      07/13/2024 09:51 am CDT -$0.50  $8.15
---------------------------------------------------------------
Outgoing Email Fee      07/12/2024 05:10 pm CDT -$0.55  $8.65
---------------------------------------------------------------
Outgoing Email Fee      07/12/2024 05:08 pm CDT -$0.55  $9.20
---------------------------------------------------------------
Outgoing Email Fee      07/12/2024 04:49 pm CDT -$0.55  $9.75
```

Case 3:24-cv-01167   Document 2   Filed 09/26/24   Page 5 of 14 PageID #: 72

```
Outgoing Email Fee        06/25/2024 09:19 pm CDT -$0.50   $46.22
-------------------------------------------------------------------
Video Chat                06/25/2024 09:16 pm CDT $0.00    $46.72
-------------------------------------------------------------------
Outgoing Email Fee        06/25/2024 09:12 pm CDT -$0.50   $46.72
-------------------------------------------------------------------
Outgoing Email Fee        06/25/2024 09:05 pm CDT -$0.50   $47.22
-------------------------------------------------------------------
Outgoing Email Fee        06/25/2024 09:00 pm CDT -$0.55   $47.72
-------------------------------------------------------------------
Outgoing Email Fee        06/25/2024 08:56 pm CDT -$0.55   $48.27
-------------------------------------------------------------------
Outgoing Email Fee        06/25/2024 08:54 pm CDT -$0.55   $48.82
-------------------------------------------------------------------
Outgoing Email Fee        06/25/2024 08:54 pm CDT -$0.55   $49.37
-------------------------------------------------------------------
Outgoing Email Fee        06/25/2024 08:53 pm CDT -$0.55   $49.92
-------------------------------------------------------------------
Deposit - Credit Card   06/24/2024 12:46 pm CDT $50.00   $50.47
Deposited By: Terri Chitwood
-------------------------------------------------------------------
Order                     06/24/2024 11:38 am CDT -$4.84   $0.47
-------------------------------------------------------------------
Outgoing Email Fee        06/23/2024 07:09 pm CDT -$0.55   $5.31
-------------------------------------------------------------------
Outgoing Email Fee        06/22/2024 12:04 pm CDT -$0.50   $5.86
-------------------------------------------------------------------
Order                     06/22/2024 10:25 am CDT -$31.72 $6.36
-------------------------------------------------------------------
Video Chat                06/21/2024 07:27 pm CDT $0.00    $38.08
-------------------------------------------------------------------
Video Chat                06/21/2024 07:15 pm CDT $0.00    $38.08
-------------------------------------------------------------------
Outgoing Email Fee        06/21/2024 07:14 pm CDT -$0.55   $38.08
-------------------------------------------------------------------
Video Chat                06/21/2024 07:09 pm CDT $0.00    $38.63
-------------------------------------------------------------------
Inmate Fee                06/21/2024 11:47 am CDT -$1.00   $38.63
Added By: Michael T
TP-MP-CC-B&WC - 1 TP 6/20/24
-------------------------------------------------------------------
Video Chat                06/20/2024 09:03 pm CDT $0.00    $39.63
-------------------------------------------------------------------
Outgoing Email Fee        06/20/2024 09:01 pm CDT -$0.55   $39.63
-------------------------------------------------------------------
Outgoing Email Fee        06/20/2024 09:00 pm CDT -$0.55   $40.18
-------------------------------------------------------------------
Outgoing Email Fee        06/20/2024 08:58 pm CDT -$0.55   $40.73
-------------------------------------------------------------------
Outgoing Email Fee        06/20/2024 08:57 pm CDT -$0.55   $41.28
-------------------------------------------------------------------
Video Chat                06/20/2024 08:39 pm CDT -$6.24   $41.83
-------------------------------------------------------------------
Video Chat                06/20/2024 08:37 pm CDT $0.00    $48.07
-------------------------------------------------------------------
Outgoing Email Fee        06/20/2024 08:36 pm CDT -$0.50   $48.07
-------------------------------------------------------------------
Outgoing Email Fee        06/20/2024 08:31 pm CDT -$0.55   $48.57
-------------------------------------------------------------------
Outgoing Email Fee        06/20/2024 08:30 pm CDT -$0.50   $49.12
-------------------------------------------------------------------
Outgoing Email Fee        06/20/2024 08:19 pm CDT -$0.50   $49.62
-------------------------------------------------------------------
Deposit - Credit Card   06/19/2024 06:09 pm CDT $50.00   $50.12
Deposited By: Terri Chitwood
-------------------------------------------------------------------
Outgoing Email Fee        06/19/2024 05:19 pm CDT -$0.55   $0.12
-------------------------------------------------------------------
Order                     06/17/2024 01:40 pm CDT -$3.26   $0.67
-------------------------------------------------------------------
Order                     06/17/2024 01:29 pm CDT -$35.20 $3.93
-------------------------------------------------------------------
Inmate Fee                06/17/2024 12:57 pm CDT -$10.87 $39.13
TP-MP-CC-B&WC - 369bw6/12/24
-------------------------------------------------------------------
Deposit - Credit Card   06/17/2024 12:57 pm CDT $50.00   $50.00
Deposited By: Terri Chitwood
```

```
--------------------------------------------------------
Order                   04/13/2024 02:28 pm CDT -$44.11 $45.20
--------------------------------------------------------
Deposit - Credit Card   04/11/2024 06:02 am CDT $50.00  $89.31
Deposited By: Terri M Chitwood
--------------------------------------------------------
Outgoing Email Fee      04/10/2024 07:39 pm CDT -$0.55  $39.31
--------------------------------------------------------
Outgoing Email Fee      04/10/2024 07:14 pm CDT -$0.50  $39.86
--------------------------------------------------------
Outgoing Email Fee      04/10/2024 07:09 pm CDT -$0.50  $40.36
--------------------------------------------------------
Outgoing Email Fee      04/10/2024 04:57 pm CDT -$0.50  $40.86
--------------------------------------------------------
Outgoing Email Fee      04/10/2024 04:55 pm CDT -$0.50  $41.36
--------------------------------------------------------
Outgoing Email Fee      04/10/2024 04:48 pm CDT -$0.50  $41.86
--------------------------------------------------------
Return                  04/10/2024 12:50 pm CDT $6.00   $42.36
MISSING
--------------------------------------------------------
Outgoing Email Fee      04/09/2024 08:41 pm CDT -$0.55  $36.36
--------------------------------------------------------
Outgoing Email Fee      04/09/2024 07:54 pm CDT -$0.55  $36.91
--------------------------------------------------------
Outgoing Email Fee      04/09/2024 07:33 pm CDT -$0.50  $37.46
--------------------------------------------------------
Outgoing Email Fee      04/09/2024 07:20 pm CDT -$0.50  $37.96
--------------------------------------------------------
Outgoing Email Fee      04/09/2024 04:33 pm CDT -$0.55  $38.46
--------------------------------------------------------
Outgoing Email Fee      04/09/2024 01:36 pm CDT -$0.55  $39.01
--------------------------------------------------------
Outgoing Email Fee      04/09/2024 01:33 pm CDT -$0.50  $39.56
--------------------------------------------------------
Outgoing Email Fee      04/09/2024 01:31 pm CDT -$0.50  $40.06
--------------------------------------------------------
Outgoing Email Fee      04/09/2024 01:28 pm CDT -$0.55  $40.56
--------------------------------------------------------
Outgoing Email Fee      04/09/2024 11:11 am CDT -$0.55  $41.11
--------------------------------------------------------
Video Chat              04/09/2024 10:25 am CDT $0.00   $41.66
--------------------------------------------------------
Outgoing Email Fee      04/09/2024 10:24 am CDT -$0.50  $41.66
--------------------------------------------------------
Outgoing Email Fee      04/08/2024 08:18 pm CDT -$0.50  $42.16
--------------------------------------------------------
Order                   04/08/2024 04:53 pm CDT -$15.26 $42.66
--------------------------------------------------------
Outgoing Email Fee      04/08/2024 04:16 pm CDT -$0.55  $57.92
--------------------------------------------------------
Deposit - Credit Card   04/08/2024 04:11 pm CDT $25.00  $58.47
Deposited By: Terri M Chitwood
--------------------------------------------------------
Outgoing Email Fee      04/08/2024 04:04 pm CDT -$0.55  $33.47
--------------------------------------------------------
Order                   04/08/2024 11:51 am CDT -$39.96 $34.02
--------------------------------------------------------
Outgoing Email Fee      04/08/2024 11:45 am CDT -$0.50  $73.98
--------------------------------------------------------
Outgoing Email Fee      04/08/2024 11:18 am CDT -$0.50  $74.48
--------------------------------------------------------
Inmate Fee              04/08/2024 11:06 am CDT -$9.30  $74.98
TP-MP-CC-B&WC - 62bw4/5/24
--------------------------------------------------------
Outgoing Email Fee      04/07/2024 08:11 pm CDT -$0.55  $84.28
--------------------------------------------------------
Outgoing Email Fee      04/07/2024 04:40 pm CDT -$0.50  $84.83
--------------------------------------------------------
Outgoing Email Fee      04/07/2024 11:09 am CDT -$0.55  $85.33
--------------------------------------------------------
Outgoing Email Fee      04/06/2024 07:56 pm CDT -$0.55  $85.88
--------------------------------------------------------
Outgoing Email Fee      04/06/2024 02:35 pm CDT -$0.50  $86.43
--------------------------------------------------------
Outgoing Email Fee      04/06/2024 02:33 pm CDT -$0.55  $86.93
--------------------------------------------------------
```

Case 3:24-cv-01167    Document 2    Filed 09/26/24    Page 7 of 14 PageID #: 74

```
Outgoing Email Fee      04/02/2024 12:48 pm CDT -$0.55  $4.87
-----------------------------------------------------------------
Inmate Fee              04/02/2024 10:48 am CDT -$2.10  $5.42
TP-MP-CC-B&WC - 14bw3/21/24
-----------------------------------------------------------------
Outgoing Email Fee      04/01/2024 08:35 pm CDT -$0.55  $7.52
-----------------------------------------------------------------
Outgoing Email Fee      04/01/2024 08:33 pm CDT -$0.55  $8.07
-----------------------------------------------------------------
Outgoing Email Fee      04/01/2024 03:08 pm CDT -$0.55  $8.62
-----------------------------------------------------------------
Outgoing Email Fee      04/01/2024 02:13 pm CDT -$0.55  $9.17
-----------------------------------------------------------------
Outgoing Email Fee      04/01/2024 01:55 pm CDT -$0.55  $9.72
-----------------------------------------------------------------
Outgoing Email Fee      04/01/2024 01:54 pm CDT -$0.50  $10.27
-----------------------------------------------------------------
Outgoing Email Fee      04/01/2024 11:50 am CDT -$0.55  $10.77
-----------------------------------------------------------------
Outgoing Email Fee      04/01/2024 11:27 am CDT -$0.50  $11.32
-----------------------------------------------------------------
Order                   04/01/2024 10:44 am CDT -$59.08 $11.82
-----------------------------------------------------------------
Outgoing Email Fee      04/01/2024 09:38 am CDT -$0.50  $70.90
-----------------------------------------------------------------
Outgoing Email Fee      04/01/2024 09:37 am CDT -$0.50  $71.40
-----------------------------------------------------------------
Outgoing Email Fee      03/31/2024 08:59 pm CDT -$0.50  $71.90
-----------------------------------------------------------------
Outgoing Email Fee      03/31/2024 07:39 pm CDT -$0.50  $72.40
-----------------------------------------------------------------
Outgoing Email Fee      03/31/2024 07:14 pm CDT -$0.50  $72.90
-----------------------------------------------------------------
Video Chat              03/31/2024 07:02 pm CDT $0.00   $73.40
-----------------------------------------------------------------
Video Chat              03/31/2024 07:00 pm CDT $0.00   $73.40
-----------------------------------------------------------------
Outgoing Email Fee      03/31/2024 11:48 am CDT -$0.55  $73.40
-----------------------------------------------------------------
Outgoing Email Fee      03/31/2024 11:47 am CDT -$0.55  $73.95
-----------------------------------------------------------------
Outgoing Email Fee      03/30/2024 07:05 pm CDT -$0.50  $74.50
-----------------------------------------------------------------
Outgoing Email Fee      03/30/2024 07:04 pm CDT -$0.50  $75.00
-----------------------------------------------------------------
Video Chat              03/30/2024 07:00 pm CDT $0.00   $75.50
-----------------------------------------------------------------
Deposit - Credit Card   03/30/2024 03:29 pm CDT $25.00  $75.50
Deposited By: Terri M Chitwood
-----------------------------------------------------------------
Outgoing Email Fee      03/30/2024 01:38 pm CDT -$0.55  $50.50
-----------------------------------------------------------------
Outgoing Email Fee      03/30/2024 01:38 pm CDT -$0.55  $51.05
-----------------------------------------------------------------
Outgoing Email Fee      03/30/2024 01:38 pm CDT -$0.55  $51.60
-----------------------------------------------------------------
Outgoing Email Fee      03/30/2024 12:21 pm CDT -$0.55  $52.15
-----------------------------------------------------------------
Outgoing Email Fee      03/29/2024 08:20 pm CDT -$0.55  $52.70
-----------------------------------------------------------------
Outgoing Email Fee      03/29/2024 07:43 pm CDT -$0.55  $53.25
-----------------------------------------------------------------
Outgoing Email Fee      03/29/2024 07:12 pm CDT -$0.55  $53.80
-----------------------------------------------------------------
Outgoing Email Fee      03/29/2024 07:06 pm CDT -$0.50  $54.35
-----------------------------------------------------------------
Outgoing Email Fee      03/29/2024 07:04 pm CDT -$0.55  $54.85
-----------------------------------------------------------------
Deposit - Credit Card   03/29/2024 04:33 pm CDT $50.00  $55.40
Deposited By: Terri M Chitwood
-----------------------------------------------------------------
Outgoing Email Fee      03/29/2024 02:21 pm CDT -$0.55  $5.40
-----------------------------------------------------------------
Outgoing Email Fee      03/28/2024 08:09 pm CDT -$0.55  $5.95
-----------------------------------------------------------------
Outgoing Email Fee      03/28/2024 08:08 pm CDT -$0.50  $6.50
-----------------------------------------------------------------
```

Case 3:24-cv-01167    Document 2    Filed 09/26/24    Page 8 of 14 PageID #: 75

| | | | |
|---|---|---|---|
| Outgoing Email Fee | 03/23/2024 10:49 am CDT | -$0.55 | $148.31 |
| Outgoing Email Fee | 03/23/2024 10:46 am CDT | -$0.50 | $148.86 |
| Outgoing Email Fee | 03/22/2024 04:46 pm CDT | -$0.55 | $149.36 |
| Outgoing Email Fee | 03/22/2024 04:43 pm CDT | -$0.50 | $149.91 |
| Deposit - Credit Card Deposited By: Terri M Chitwood | 03/22/2024 08:39 am CDT | $50.00 | $150.41 |
| Outgoing Email Fee | 03/21/2024 08:32 pm CDT | -$0.55 | $100.41 |
| Outgoing Email Fee | 03/21/2024 08:22 pm CDT | -$0.50 | $100.96 |
| Outgoing Email Fee | 03/21/2024 08:06 pm CDT | -$0.55 | $101.46 |
| Outgoing Email Fee | 03/21/2024 07:55 pm CDT | -$0.55 | $102.01 |
| Outgoing Email Fee | 03/21/2024 07:41 pm CDT | -$0.55 | $102.56 |
| Outgoing Email Fee | 03/21/2024 03:33 pm CDT | -$0.55 | $103.11 |
| Outgoing Email Fee | 03/21/2024 03:29 pm CDT | -$0.50 | $103.66 |
| Outgoing Email Fee | 03/21/2024 03:26 pm CDT | -$0.50 | $104.16 |
| Outgoing Email Fee | 03/21/2024 03:23 pm CDT | -$0.50 | $104.66 |
| Outgoing Email Fee | 03/21/2024 03:20 pm CDT | -$0.55 | $105.16 |
| Outgoing Email Fee | 03/21/2024 03:02 pm CDT | -$0.50 | $105.71 |
| Outgoing Email Fee | 03/20/2024 04:45 pm CDT | -$0.50 | $106.21 |
| Outgoing Email Fee | 03/20/2024 04:33 pm CDT | -$0.50 | $106.71 |
| Outgoing Email Fee | 03/20/2024 03:46 pm CDT | -$0.50 | $107.21 |
| Outgoing Email Fee | 03/20/2024 03:03 pm CDT | -$0.55 | $107.71 |
| Outgoing Email Fee | 03/20/2024 11:58 am CDT | -$0.50 | $108.26 |
| Deposit - Credit Card Deposited By: Terri M Chitwood | 03/20/2024 11:43 am CDT | $50.00 | $108.76 |
| Outgoing Email Fee | 03/20/2024 10:03 am CDT | -$0.50 | $58.76 |
| Outgoing Email Fee | 03/19/2024 08:23 pm CDT | -$0.55 | $59.26 |
| Video Chat | 03/19/2024 07:50 pm CDT | $0.00 | $59.81 |
| Outgoing Email Fee | 03/19/2024 02:06 pm CDT | -$0.50 | $59.81 |
| Outgoing Email Fee | 03/19/2024 01:17 pm CDT | -$0.55 | $60.31 |
| Outgoing Email Fee | 03/19/2024 12:42 pm CDT | -$0.55 | $60.86 |
| Inmate Fee TP-MP-CC-B&WC - 70bw3/16/24 | 03/19/2024 11:10 am CDT | -$10.50 | $61.41 |
| Outgoing Email Fee | 03/18/2024 09:08 pm CDT | -$0.50 | $71.91 |
| Outgoing Email Fee | 03/18/2024 08:04 pm CDT | -$0.55 | $72.41 |
| Outgoing Email Fee | 03/18/2024 08:00 pm CDT | -$0.55 | $72.96 |
| Outgoing Email Fee | 03/18/2024 07:59 pm CDT | -$0.55 | $73.51 |
| Video Chat | 03/18/2024 07:52 pm CDT | $0.00 | $74.06 |
| Order | 03/18/2024 07:23 pm CDT | -$10.62 | $74.06 |
| Outgoing Email Fee | 03/18/2024 04:48 pm CDT | -$0.50 | $84.68 |
| Order | 03/18/2024 04:45 pm CDT | -$61.37 | $85.18 |

Case 3:24-cv-01167    Document 2    Filed 09/26/24    Page 9 of 14 PageID #: 76

```
Outgoing Email Fee      03/13/2024 03:58 pm CDT -$0.55  $115.80
--------------------------------------------------------------
Outgoing Email Fee      03/13/2024 03:56 pm CDT -$0.55  $116.35
--------------------------------------------------------------
Outgoing Email Fee      03/12/2024 08:26 pm CDT -$0.50  $116.90
--------------------------------------------------------------
Outgoing Email Fee      03/12/2024 08:10 pm CDT -$0.50  $117.40
--------------------------------------------------------------
Video Chat              03/12/2024 07:28 pm CDT -$6.24  $117.90
--------------------------------------------------------------
Video Chat              03/12/2024 07:24 pm CDT -$1.25  $124.14
--------------------------------------------------------------
Video Chat              03/12/2024 07:00 pm CDT $0.00   $125.39
--------------------------------------------------------------
Outgoing Email Fee      03/12/2024 04:19 pm CDT -$0.55  $125.39
--------------------------------------------------------------
Outgoing Email Fee      03/12/2024 04:18 pm CDT -$0.50  $125.94
--------------------------------------------------------------
Outgoing Email Fee      03/12/2024 04:16 pm CDT -$0.55  $126.44
--------------------------------------------------------------
Outgoing Email Fee      03/12/2024 10:15 am CDT -$0.55  $126.99
--------------------------------------------------------------
Video Chat              03/12/2024 10:09 am CDT $0.00   $127.54
--------------------------------------------------------------
Outgoing Email Fee      03/12/2024 10:09 am CDT -$0.50  $127.54
--------------------------------------------------------------
Outgoing Email Fee      03/12/2024 10:07 am CDT -$0.50  $128.04
--------------------------------------------------------------
Outgoing Email Fee      03/12/2024 10:05 am CDT -$0.55  $128.54
--------------------------------------------------------------
Outgoing Email Fee      03/12/2024 09:30 am CDT -$0.55  $129.09
--------------------------------------------------------------
Outgoing Email Fee      03/11/2024 07:23 pm CDT -$0.55  $129.64
--------------------------------------------------------------
Outgoing Email Fee      03/11/2024 04:18 pm CDT -$0.50  $130.19
--------------------------------------------------------------
Outgoing Email Fee      03/11/2024 03:52 pm CDT -$0.55  $130.69
--------------------------------------------------------------
Outgoing Email Fee      03/11/2024 03:50 pm CDT -$0.55  $131.24
--------------------------------------------------------------
Deposit - Credit Card   03/11/2024 03:07 pm CDT $50.00  $131.79
Deposited By: Terri M Chitwood
--------------------------------------------------------------
Outgoing Email Fee      03/11/2024 02:29 pm CDT -$0.50  $81.79
--------------------------------------------------------------
Outgoing Email Fee      03/11/2024 01:29 pm CDT -$0.55  $82.29
--------------------------------------------------------------
Outgoing Email Fee      03/11/2024 01:26 pm CDT -$0.50  $82.84
--------------------------------------------------------------
Inmate Fee              03/11/2024 08:45 am CDT -$7.50  $83.34
TP-MP-CC-B&WC - 50bw3/7/24
--------------------------------------------------------------
Order                   03/10/2024 03:33 pm CDT -$86.61 $90.84
--------------------------------------------------------------
Outgoing Email Fee      03/09/2024 04:30 pm CST -$0.55  $177.45
--------------------------------------------------------------
Video Chat              03/09/2024 04:27 pm CST $0.00   $178.00
--------------------------------------------------------------
Outgoing Email Fee      03/09/2024 08:28 am CST -$0.50  $178.00
--------------------------------------------------------------
Outgoing Email Fee      03/08/2024 03:53 pm CST -$0.50  $178.50
--------------------------------------------------------------
Outgoing Email Fee      03/08/2024 03:50 pm CST -$0.55  $179.00
--------------------------------------------------------------
Outgoing Email Fee      03/08/2024 03:48 pm CST -$0.55  $179.55
--------------------------------------------------------------
Outgoing Email Fee      03/08/2024 12:03 pm CST -$0.55  $180.10
--------------------------------------------------------------
Outgoing Email Fee      03/08/2024 12:02 pm CST -$0.55  $180.65
--------------------------------------------------------------
Outgoing Email Fee      03/08/2024 11:43 am CST -$0.50  $181.20
--------------------------------------------------------------
Outgoing Email Fee      03/08/2024 10:53 am CST -$0.55  $181.70
--------------------------------------------------------------
Outgoing Email Fee      03/08/2024 08:09 am CST -$0.50  $182.25
--------------------------------------------------------------
Outgoing Email Fee      03/08/2024 08:07 am CST -$0.50  $182.75
--------------------------------------------------------------
```

| Video Chat | 03/04/2024 11:33 am CST | $0.00 | $157.74 |
| Video Chat | 03/04/2024 11:31 am CST | $0.00 | $157.74 |
| Outgoing Email Fee | 03/04/2024 08:36 am CST | -$0.50 | $157.74 |
| Outgoing Email Fee | 03/03/2024 07:45 pm CST | -$0.55 | $158.24 |
| Video Chat | 03/03/2024 07:38 pm CST | $0.00 | $158.79 |
| Video Chat | 03/03/2024 07:36 pm CST | $0.00 | $158.79 |
| Outgoing Email Fee | 03/03/2024 07:13 pm CST | -$0.55 | $158.79 |
| Video Chat | 03/03/2024 07:09 pm CST | $0.00 | $159.34 |
| Video Chat | 03/03/2024 07:07 pm CST | $0.00 | $159.34 |
| Video Chat | 03/03/2024 07:05 pm CST | $0.00 | $159.34 |
| Outgoing Email Fee | 03/03/2024 06:55 pm CST | -$0.55 | $159.34 |
| Outgoing Email Fee | 03/03/2024 04:37 pm CST | -$0.55 | $159.89 |
| Order | 03/03/2024 03:53 pm CST | -$73.81 | $160.44 |
| Video Chat | 03/03/2024 03:10 pm CST | $0.00 | $234.25 |
| Outgoing Email Fee | 03/03/2024 03:10 pm CST | -$0.50 | $234.25 |
| Outgoing Email Fee | 03/03/2024 03:05 pm CST | -$0.55 | $234.75 |
| Outgoing Email Fee | 03/03/2024 12:30 pm CST | -$0.50 | $235.30 |
| Outgoing Email Fee | 03/03/2024 12:29 pm CST | -$0.50 | $235.80 |
| Outgoing Email Fee | 03/03/2024 11:49 am CST | -$0.50 | $236.30 |
| Outgoing Email Fee | 03/03/2024 10:43 am CST | -$0.50 | $236.80 |
| Outgoing Email Fee | 03/03/2024 10:38 am CST | -$0.50 | $237.30 |
| Outgoing Email Fee | 03/02/2024 08:41 pm CST | -$0.50 | $237.80 |
| Outgoing Email Fee | 03/02/2024 08:31 pm CST | -$0.50 | $238.30 |
| Outgoing Email Fee | 03/02/2024 08:08 pm CST | -$0.55 | $238.80 |
| Outgoing Email Fee | 03/02/2024 08:08 pm CST | -$0.50 | $239.35 |
| Outgoing Email Fee | 03/02/2024 08:05 pm CST | -$0.55 | $239.85 |
| Outgoing Email Fee | 03/02/2024 08:03 pm CST | -$0.50 | $240.40 |
| Outgoing Email Fee | 03/02/2024 07:54 pm CST | -$0.50 | $240.90 |
| Outgoing Email Fee | 03/02/2024 07:02 pm CST | -$0.55 | $241.40 |
| Outgoing Email Fee | 03/02/2024 07:00 pm CST | -$0.55 | $241.95 |
| Outgoing Email Fee | 03/02/2024 06:49 pm CST | -$0.50 | $242.50 |
| Outgoing Email Fee | 03/02/2024 04:24 pm CST | -$0.50 | $243.00 |
| Outgoing Email Fee | 03/02/2024 04:17 pm CST | -$0.55 | $243.50 |
| Outgoing Email Fee | 03/02/2024 04:14 pm CST | -$0.50 | $244.05 |
| Outgoing Email Fee | 03/02/2024 01:07 pm CST | -$0.55 | $244.55 |
| Outgoing Email Fee | 03/02/2024 11:44 am CST | -$0.55 | $245.10 |
| Outgoing Email Fee | 03/02/2024 11:42 am CST | -$0.55 | $245.65 |
| Outgoing Email Fee | 03/02/2024 11:18 am CST | -$0.50 | $246.20 |
| Order | 03/02/2024 10:35 am CST | $0.00 | $246.70 |

Case 3:24-cv-01167     Document 2     Filed 09/26/24     Page 11 of 14 PageID #: 78

```
Outgoing Email Fee      02/28/2024 07:19 pm CST -$0.50   $217.64
Outgoing Email Fee      02/28/2024 06:45 pm CST -$0.55   $218.14
Outgoing Email Fee      02/28/2024 06:44 pm CST -$0.55   $218.69
Outgoing Email Fee      02/28/2024 04:50 pm CST -$0.50   $219.24
Outgoing Email Fee      02/28/2024 04:49 pm CST -$0.50   $219.74
Outgoing Email Fee      02/28/2024 04:11 pm CST -$0.55   $220.24
Outgoing Email Fee      02/28/2024 04:10 pm CST -$0.50   $220.79
Outgoing Email Fee      02/28/2024 02:06 pm CST -$0.55   $221.29
Video Chat              02/28/2024 01:45 pm CST $0.00    $221.84
Outgoing Email Fee      02/28/2024 01:23 pm CST -$0.50   $221.84
Outgoing Email Fee      02/28/2024 12:22 pm CST -$0.55   $222.34
Outgoing Email Fee      02/28/2024 11:53 am CST -$0.50   $222.89
Outgoing Email Fee      02/28/2024 11:04 am CST -$0.55   $223.39
Outgoing Email Fee      02/28/2024 11:00 am CST -$0.55   $223.94
Outgoing Email Fee      02/28/2024 10:56 am CST -$0.55   $224.49
Video Chat              02/28/2024 09:20 am CST -$5.83   $225.04
Video Chat              02/28/2024 09:13 am CST -$2.08   $230.87
Outgoing Email Fee      02/28/2024 09:02 am CST -$0.55   $232.95
Outgoing Email Fee      02/28/2024 08:56 am CST -$0.55   $233.50
Outgoing Email Fee      02/28/2024 08:41 am CST -$0.50   $234.05
Outgoing Email Fee      02/28/2024 08:24 am CST -$0.55   $234.55
Outgoing Email Fee      02/28/2024 08:23 am CST -$0.55   $235.10
Outgoing Email Fee      02/28/2024 08:22 am CST -$0.50   $235.65
Outgoing Email Fee      02/28/2024 08:17 am CST -$0.50   $236.15
Outgoing Email Fee      02/28/2024 08:16 am CST -$0.50   $236.65
Outgoing Email Fee      02/27/2024 09:54 pm CST -$0.50   $237.15
Outgoing Email Fee      02/27/2024 09:37 pm CST -$0.50   $237.65
Outgoing Email Fee      02/27/2024 09:23 pm CST -$0.55   $238.15
Video Chat              02/27/2024 09:14 pm CST $0.00    $238.70
Outgoing Email Fee      02/27/2024 09:13 pm CST -$0.55   $238.70
Video Chat              02/27/2024 09:11 pm CST $0.00    $239.25
Video Chat              02/27/2024 09:10 pm CST $0.00    $239.25
Video Chat              02/27/2024 09:07 pm CST -$0.83   $239.25
Video Chat              02/27/2024 08:58 pm CST -$2.50   $240.08
Outgoing Email Fee      02/27/2024 08:58 pm CST -$0.55   $242.58
Outgoing Email Fee      02/27/2024 08:56 pm CST -$0.55   $243.13
Outgoing Email Fee      02/27/2024 08:51 pm CST -$0.55   $243.68
Outgoing Email Fee      02/27/2024 08:50 pm CST -$0.55   $244.23
```

Case 3:24-cv-01167     Document 2     Filed 09/26/24     Page 12 of 14 PageID #: 79



Robert C. Golden
#65735
405 Century Ct
Franklin, TN 37064

ılılllıılılıllıılılılılılıllılılılılılıllılll

US DISTRICT COURT CLERK
719 CHURCH ST, SUITE 1300
NASHVILLE, TN 37203

Nashville P&DC 372
TUE 24 SEP 2024 AM

RECEIVED
SEP 26 2024
US DISTRICT COURT
MID DIST TENN

LEGAL

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office